UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

TARIK S. HOLLIS,

    Plaintiff,

v.                                            Case No:17-CV-1708

G4S SECURE SOLUTIONS (USA), INC.

    Defendant.

## NOTICE OF DEPOSITION

**TO: TARIK S. HOLLIS**

Please take notice that on April 23, 2019, beginning at 9:30 a.m., counsel for G4S Secure Solutions (USA) Inc. will proceed to take the deposition of Tarik Hollis. The deposition will be taken at Milwaukee Regus, Third Ward, 342 N. Water Street, Suite 600, Milwaukee, WI 53202. The deposition will be taken by counsel for G4S before an officer duly authorized by law to take the deposition. The deposition will be taken by stenographic means and/or videotape. The deposition will continue from day to day until its completion. You may attend and examine.

This 18th day of April, 2019.

                              Respectfully submitted,

                              */s/ Kelly Eisenlohr-Moul*
                              Kelly Eisenlohr-Moul (pro hac vice)
                              Dinsmore & Shohl LLP
                              1100 Peachtree street
                              Suite 950
                              Atlanta, Georgia  30309
                              Telephone:  470-300-5337
                              Email:  Kelly.eisenlohr-moul@dinsmore.com

                              Counsel for Defendant
                              G4S Secure Solutions (USA) Inc.

# CERTIFICATE OF SERVICE

I certify that I have submitted this filing to counsel of record via electronic mail and via Federal Express.

Dated: April 18, 2019.

>*/s/ Kelly Eisenlohr-Moul*
>Kelly Eisenlohr-Moul